STATE OF NEW JERSEY v. KEVIN ROBINSON.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ELOISE WIGGS.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WHEELER.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BLACK.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CLAUDE A. HINTON.

April 28, 1987.

Petition for certification denied.